## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| STATE OF MISSOURI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 4:19CV2135 HEA |
| | ) |
| RICARDO MORALES et al., | ) |
| | ) |
| | ) |
| Defendants. | ) |

## OPINION, MEMORANDUM AND ORDER

Before the Court is defendants' motion for reconsideration of the dismissal of their petition. After reviewing the grounds raised by defendants, the Court will decline to alter or amend the judgment of this Court. The Court concludes that defendants' motion fails to point to any manifest errors of law or fact, or any newly discovered evidence. Instead, the motion can be said to merely revisit old arguments. Defendants are therefore not entitled to reconsideration of the dismissal of their petition, and the motion will be denied. Additionally, defendants will not be allowed to file any additional motions in this closed action.

Accordingly,

**IT IS HEREBY ORDERED** that defendants' motion for reconsideration of the dismissal of this action [Doc. #11] is **DENIED.**

**IT IS FURTHER ORDERED that the Clerk shall not allow defendants to file any additional motions in this closed action.**

**IT IS FURTHER ORDERED** that an appeal from the denial of this motion would not be taken in good faith.

Dated this 11th day of September, 2019.

*[signature]*

HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE